IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,  )
                                 )    2:12-cv-01037-GEB-KJN
          Plaintiff,  )
                                 )
       v.  )    ORDER CONTINUING STATUS
                                 )    (PRETRIAL SCHEDULING)
Daljit S. Grover, Individually  )    CONFERENCE
and d/b/a Cherokee Mini Mart  )
and Gas; J S Sukhinder; J S  )
Randhawa Gursharan,  )
                                 )
          Defendants.  )
_____  )

        Plaintiff states in his Status Report filed on July 23, 2012: "Defendants have been served; however, there is a dispute as to proper service on Defendants J S Sukhinder and J S Randhawa Gursharan. Plaintiff has served these Defendants by Waiver of Service. Plaintiff and Defendant, Daljit S. Grover, are finalizing a settlement agreement." (Status Report 2:14-19.) However, no defendant has appeared, and Plaintiff does not indicate in his Status Report what steps he is taking to prosecute this action against the non-settling defendants.

        Plaintiff shall take the steps necessary to prosecute this action as a default matter as to Defendants J S Sukhinder and J S Randhawa Gursharan. No later than September 10, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter against these defendants or show cause in a filing why these defendants should not be dismissed for failure of prosecution.

Further, the status conference scheduled for hearing on August 6, 2012, is continued to commence at 9:00 a.m. on January 28, 2013. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: July 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge