IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, ) | |
| ) | 2:12-cv-01037-GEB-KJN |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING STATUS |
| ) | (PRETRIAL SCHEDULING) |
| Daljit S. Grover, Individually ) | CONFERENCE |
| and d/b/a Cherokee Mini Mart ) | |
| and Gas; J S Sukhinder; J S ) | |
| Randhawa Gursharan, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

      Plaintiff states in his Status Report filed on July 23, 2012: "Defendants have been served; however, there is a dispute as to proper service on Defendants J S Sukhinder and J S Randhawa Gursharan. Plaintiff has served these Defendants by Waiver of Service. Plaintiff and Defendant, Daljit S. Grover, are finalizing a settlement agreement." (Status Report 2:14-19.) However, no defendant has appeared, and Plaintiff does not indicate in his Status Report what steps he is taking to prosecute this action against the non-settling defendants.

      Plaintiff shall take the steps necessary to prosecute this action as a default matter as to Defendants J S Sukhinder and J S Randhawa Gursharan. No later than September 10, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter against these defendants or show cause in a filing why these defendants should not be dismissed for failure of prosecution.

1  Further, the status conference scheduled for hearing on August
2  6, 2012, is continued to commence at 9:00 a.m. on January 28, 2013. A
3  status report shall be filed fourteen (14) days prior to the status
4  conference in which Plaintiff is required to explain the status of the
5  default proceedings.
6  IT IS SO ORDERED.
7  Dated:  July 30, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge